# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Jose Hernandez-Tinajero

              V.                    **JUDGMENT IN A CIVIL CASE**

United States of America

                              **CASE NUMBER:**    06-CV-2497

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court denies Petitioner's petition for writ of habeas corpus...

| September 25, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ A. Everill |
|  | (By) Deputy Clerk |
|  | ENTERED ON September 25, 2007 |